## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| SAMMIE CAMPBELL, | : | No. 137 EM 2019 |
| Petitioner | : | |
| v. | : | |
| PHILADELPHIA DISTRICT ATTORNEY'S OFFICE, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of February, 2020, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus" is DENIED.